```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED SEP 0 3 2013
```

**WILMERHALE**

August 27, 2013

By Fax (212-805-0426)

Robert J. Gunther, Jr.
+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

The Honorable Laura Taylor Swain
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 17C
New York, NY 10007

MEMO ENDORSED

Re: *Amplify Education, Inc. v. Greenwood Publishing Group, Inc. d/b/a Heinemann*, Case No. 1:13-cv-02687-LTS-RLE

Dear Judge Swain:

This firm represents Defendant Greenwood Publishing Group, Inc. d/b/a Heinemann, in the above-referenced action. Our client's response to Plaintiff's Complaint for Patent Infringement, served August 13, 2013, is currently due to be filed and served on September 3, 2013. We write to request a 30-day extension of the deadline for Defendant to file and serve Defendant's responsive pleading, from September 3, 2013 to October 3, 2013. Plaintiff Amplify Education, Inc. has agreed to this extension.

In addition, the Court has scheduled the Initial Conference for September 20, 2013. Accordingly, we also request adjournment of the September 20, 2013 Initial Conference to a date after October 20, 2013 that is convenient for Your Honor.

This is Defendant's first request for an extension of time in which to file responsive pleadings. Plaintiffs previously requested and were granted adjournment of the Initial Conference date.

We respectfully request the Court grant the requested extension to which Plaintiff's counsel has agreed. We thank the Court for its consideration of this matter.

Respectfully submitted,

Robert J. Gunther, Jr.

cc: All Counsel of Record (via email)

*The requests are granted. The initial conference is adjourned from September 20, 2013 to October 25, 2013, at 9:45 AM.*

**SO ORDERED:**

9/3/13

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington