# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPLIFY EDUCATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREENWOOD PUBLISHING GROUP,<br>INC. D/B/A HEINEMANN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:13-cv-02687-LTS-RLE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants Greenwood Publishing Group, Inc. d/b/a Heinemann.  I certify that I am admitted to practice in this court.

Respectfully submitted,

DATED: October 3, 2013

/s/ Robert J. Gunter, Jr._____
Robert J. Gunther, Jr.
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
(212) 230-8888 (fax)