Robert J. Gunther, Jr.
Cosmin Maier
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
(212) 230-8888 (fax)

*Attorneys for Greenwood Publishing Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPLIFY EDUCATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:13-cv-02687-LTS-RLE |
| GREENWOOD PUBLISHING GROUP, INC. D/B/A HEINEMANN, | ) ) ) |
| Defendant. | ) ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT OF GREENWOOD PUBLISHING GROUP, INC. D/B/A HEINEMANN

As required by Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Greenwood Publishing Group, Inc. d/b/a Heinemann ("Greenwood") makes the following corporate disclosure statement:

1. "[I]dentif[y] any parent corporation" of Greenwood (Fed. R. Civ. P. 7.1(a)(1)):

Greenwood is a Delaware corporation whose parent company is HMH Publishers LLC, a

Delaware corporation.  HMH Publishers LLC's ultimate parent company is HMH Holdings (Delaware), Inc., a Delaware corporation.

2. "[I]dentif[y] … any publicly held corporation owning 10% or more of [Greenwood's] stock" (Fed. R. Civ. P. 7.1(a)(2)):  No publicly held corporation owns 10% percent or more of any parent, and all subsidiaries are 100% owned directly or indirectly by the parents.

DATED: October 3, 2013

/s/ Cosmin Maier_____
Robert J. Gunther, Jr.
Cosmin Maier
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
(212) 230-8888 (fax)

*Attorneys for Greenwood Publishing Group, Inc.*