IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
OCT 2 5 2013

AMPLIFY EDUCATION, INC., )
)
    Plaintiff, )
)
v. )
) Civil Action No.: 1:13-CV-02687-LTS-RLE
GREENWOOD PUBLISHING GROUP, )
INC. D/B/A HEINEMANN, )
) **ORDER FOR ADMISSION**
    Defendant. ) **PRO HAC VICE**
)
)

The motion of Indranil Mukerji, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Indranil Mukerji
> FISH & RICHARDSON P.C.
> 1425 K Street N.W., 11th Floor
> Washington, DC 20005-3500
> Telephone: 202-783-5070
> Facsimile: 202-783-2331
> e-mail: Mukerji@fr.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as Counsel for Amplify Education, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/25/13

_____
United States District ~~Magistrate~~ Judge