# FISH & RICHARDSON P.C.



601 Lexington Avenue,
52nd Floor
New York, New York
10022

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

VIA FACSIMILE

February 25, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 6 2014

The Honorable Laura Taylor Swain
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 17C
New York, NY 10007

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

Re:   *Amplify Education, Inc. v. Greenwood Publishing Group, Inc. d/b/a Heinemann*, Civil Action No. 1:13-cv-02687-LTS

Dear Judge Swain:

Plaintiff Amplify Education, Inc. submits this letter on behalf of both parties to request a short extension of the deadline to file and serve Invalidity Contentions in this matter. Under the Court's Pre-Trial Scheduling Order No. 1 (Dkt. No. 18), the parties' respective Invalidity Contentions are currently due on February 27, 2014. We write to request an extension of this deadline to March 5, 2014. Defendant Greenwood Publishing Group, Inc. d/b/a Heinemann has agreed to this extension.

Plaintiff has previously requested and was granted an adjournment of the Initial Conference Date (*see* Dkt. No. 6), and Defendant has previously requested and was granted an extension of time in which to file a responsive pleading to Plaintiff's Complaint (*see* Dkt. No. 9).

Plaintiff respectfully requests that the Court grant the requested extension to which both parties have agreed. We thank the Court for its consideration of this matter.

Respectfully submitted,

Karolina Jesien, Esq. (KJ 7292)
*Counsel for Plaintiff Amplify Education, Inc.*

cc: All Counsel of Record (via email)

The requested extension is granted.

SO ORDERED:

2/26/2014
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE