# WILMERHALE

VIA FACSIMILE

March 3, 2014

Robert J. Gunther, Jr.

+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

Honorable Laura Taylor Swain, U.S.D.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Amplify Education, Inc. v. Greenwood Publishing Group, Inc. d/b/a Heinemann*, Civil Action No. 1:13-cv-02687-LTS-RLE

Dear Judge Swain,

This firm represents Greenwood Publishing Group, Inc. d/b/a Heinemann. Pursuant to the Court's October 25, 2013 Pre-Trial Scheduling Order we, along with counsel for Amplify Education, Inc., have agreed to non-binding mediation before Magistrate Judge Ronald L. Ellis of the dispute underlying the above captioned matter.

DATED: March 3, 2014

Respectfully submitted,

/Karolina Jesien/KHR/
Karolina Jesien (KJ7292)
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorneys for Amplify Education, Inc.*

/Robert Gunther/AHB
Robert J. Gunther, Jr.
Cosmin Maier
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
(212) 230-8888 (fax)

*Attorneys for Greenwood Publishing Group, Inc. d/b/a Heinemann*