```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: MAR 0 6 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Amplify Education, Inc.,

                Plaintiff(s),

  -v-

Greenwood Publishing Group,

                Defendant(s).
-------------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

13 Civ. 2687 (LTS)(RLE)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| ___ | If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _X_ | Settlement* (Principals to participate as required by Magistrate Judge) | | Particular Motion:_____ _____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
                March 5, 2014

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge