USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 13 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMPLIFY EDUCATION, INC.,

    PLAINTIFF,

v.

GREENWOOD PUBLISHING GROUP, INC.
D/B/A HEINEMANN,

    DEFENDANT.

Civ. Action No.: 13-CV-02687-LTS-RLE

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Shirley X. Li for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts and the State of New York and that her contact information is as follows:

    Shirley X. Li Cantin
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6404/ Facsimile: (617) 526-5000
    Email: shirley.cantin@wilmerhale.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Greenwood Publishing Group, Inc. d/b/a Heinemann in the above-entitled action.

IT IS HEREBY ORDERED, that Shirley X. Li Cantin, Esq. is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York

March 12, 2014

_____
United States District Judge