IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPLIFY EDUCATION, INC.,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | Civil Action No.: 1:13-CV-02687-LTS-RLE |
| GREENWOOD PUBLISHING GROUP, ) | |
| INC. D/B/A HEINEMANN,  ) | |
| ) | ORDER FOR ADMISSION |
| Defendant.  ) | PRO HAC VICE |
| ) | |
| ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 16 2014

The motion of Ruffin Cordell, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

> Ruffin B. Cordell
> FISH & RICHARDSON P.C.
> 1425 K Street N.W., 11th Floor
> Washington, DC 20005-3500
> Telephone: 202-783-5070
> Facsimile: 202-783-2331
> e-mail: cordell@fr.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as Counsel for Amplify Education, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/16/2014

_____
United States District ~~Magistrate~~ Judge