# WILMERHALE

Robert J. Gunther, Jr.

+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

May 28, 2014

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY  10007-1312

Re:  *Amplify Education, Inc. v. Greenwood Publishing, Inc. d/b/a Heinemann*
     Civil Action No. 1:13-cv-02687 (S.D.N.Y.)

Dear Judge Swain:

I write on behalf of Defendant and Counterclaim Plaintiff Greenwood Publishing, Inc. d/b/a Heinemann and Plaintiff and Counterclaim Defendant Amplify Education, Inc. to jointly request a 7-day extension of the deadlines under Local Patent Rules 11 (Joint Claim Construction Chart) and 12 (Claim Construction Briefing).

The parties have exchanged proposed constructions and are negotiating ways in which to streamline the claim construction process by narrowing the number of terms and/or claims at issue.  Therefore, the parties jointly request a 7-day extension to continue negotiations.

The new schedule would be as follows:

|  | Current Due Date | Proposed Due Date |
|---|---|---|
| Joint Disputed Claim Terms Chart | May 29, 2014 | June 5, 2014 |
| Opening Claim Construction Brief | June 12, 2014 | June 19, 2014 |
| Responsive Claim Construction Brief | July 14, 2014 | July 21, 2014 |
| Reply Claim Construction Brief | July 21, 2014 | July 28, 2014 |

WILMERHALE

Honorable Laura Taylor Swain
May 28, 2014
Page 2

If Your Honor finds the extension acceptable, the parties respectfully request that you so order this schedule and have it entered on the docket.

Sincerely,

/s/Robert J. Gunther

Robert J. Gunther, Jr.

cc: Counsel of Record

RJG:alc