IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPLIFY EDUCATION, INC., )<br><br>    Plaintiff-Counterclaim )<br>    Defendant, )<br><br>    v. )<br><br>GREENWOOD PUBLISHING GROUP, )<br>INC. d/b/a HEINEMANN, )<br><br>    Defendant-Counterclaim )<br>    Plaintiff. ) | Civil Action No. 1:13-cv-02687-LTS-RLE |

## JOINT CLAIM TERMS CHART PURSUANT TO LOCAL PATENT RULE 11

Pursuant to Local Patent Rule 11 and the Court's Pre-Trial Scheduling Order (Dkt. 18), Plaintiff-Counterclaim Defendant, Amplify Education, Inc. ("Amplify") and Defendant-Counterclaim Plaintiff, Greenwood Publishing Group, Inc. d/b/a Heinemann ("Heinemann") hereby respectfully submit this "Joint Claim Terms Chart" for the Court's consideration.

Attached hereto as Exhibit A is Amplify's and Heinemann's proposed constructions for each of the patents-in-suit, U.S. Patent Nos. 7,114,126, 7,568,160, and 6,299,452 (collectively, the "Patents-in-Suit"), with cross-references to the invalidity and/or infringement contentions disclosures under Local Patent Rules 6 and 7.

Further, pursuant to Section 4 of the Pre-Trial Scheduling Order, the parties request that the Court schedule a *Markman* hearing to determine the appropriate construction for the claim terms listed in Exhibit A.  The parties request that the Court allocate 2.5 hours for each party (five hours total) to present their respective constructions.

DATED:  June 5, 2014

/s/_Karolina Jesien_____
Karolina Jesien, Esq.  (KJ 7292)
FISH & RICHARDSON, P.C.
601 Lexington Avenue
52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
jesien@fr.com

Ruffin Cordell, Esq. (Of Counsel)
Indranil Mukerji, Esq. (Admitted *Pro Hac Vice*)
1425 K Street, N.W.
11th Floor
Washington, DC 20005-3682
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
cordell@fr.com
mukerji@fr.com

*Attorneys for Amplify Education, Inc.*

Respectfully submitted,

/s/_Cosmin Maier_____
Robert J. Gunther, Jr.
Cosmin Maier
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
(212) 230-8888 (fax)

Shirley X. Li Cantin
60 State Street
Boston, Massachusetts 02109
(617) 526-6404
Fax: (617) 526-5000
Email: Shirley.cantin@wilmerhale.com

*Attorneys for Greenwood Publishing Group, Inc.*