IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 09 2014

| | |
|---|---|
| AMPLIFY EDUCATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:13-CV-02687-LTS-RSL |
| v. ) | |
| ) | **CORRECTED ORDER FOR ADMISSION** |
| ) | **PRO HAC VICE** |
| GREENWOOD PUBLISHING ) | |
| GROUP, INC. D/B/A HEINEMANN, ) | |
| ) | |
| Defendant. ) | |

The motion of Cherylyn E. Mizzo, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Appellate Division Third Judicial Department: and that her contact information is as follows:

Cherylyn E. Mizzo
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th Floor
Washington, DC 20005-3500
Telephone: 202-783-5070
Facsimile: 202-783-2331
e-mail: mizzo@fr.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as Counsel for Amplify Education, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Docket entry #43 resolved.

Dated: 6/9/14

United States District ~~Magistrate~~ Judge