IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPLIFY EDUCATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GREENWOOD PUBLISHING GROUP, INC.<br>d/b/a HEINEMANN,<br><br>    Defendant. | Civil Action No.: 1:13-CV-02687-LTS-RSL |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Plaintiffs Amply Education, Inc.  I certify that I am admitted to practice in this court.

    Respectfully submitted,

Dated: June 10, 2014    By:   /s/ Tal Kedem
    Tal Kedem
    FISH & RICHARDSON P.C.
    601 Lexington Avenue
    52nd Floor
    New York, New York 10022
    Telephone: 212-765-5070
    Facsimile: 212-258-2291

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing NOTICE OF APPEARANCE OF TAL KEDEM was filed via electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jody Arenella*
Jody Arenella