UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AMPLIFY EDUCATION, INC.,

       Plaintiff,

  -v-                                     No. 13 Civ. 2687 (LTS)(RLE)

GREENWOOD PUBLISHING GROUP,
INC. d/b/a HEINEMAN,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the parties' "Joint Claim Terms Chart," filed pursuant to Local Patent Rule 11 and the Court's Pre-Trial Scheduling Order. The Court will hold a <u>Markman</u> hearing to determine the appropriate construction for the contested claim terms on **Friday, October 24, 2014, at 10:00 a.m.**

       SO ORDERED.

Dated: New York, New York
       June 10, 2014

                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge