USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 7 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMPLIFY EDUCATION, INC.,

                PLAINTIFF,

v.

GREENWOOD PUBLISHING GROUP, INC.
D/B/A HEINEMANN,

                DEFENDANT.

Civ. Action No. 13-CV-02687-LTS-RLE

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Caitlin R. Looby for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts and that her contact information is as follows:

    Caitlin R. Looby
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6642/ Facsimile: (617) 526-5000
    Email: caitlin.looby@wilmerhale.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Greenwood Publishing Group, Inc. d/b/a Heinemann in the above-entitled action.

IT IS HEREBY ORDERED, that Caitlin R. Looby, Esq. is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York

    June 17, 2014

_____
United States District Judge