IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPLIFY EDUCATION, INC., </br></br>    Plaintiff-Counterclaim Defendant, </br></br>    v. </br></br>GREENWOOD PUBLISHING GROUP, INC. d/b/a HEINEMANN, </br></br>    Defendant-Counterclaim Plaintiff. | Civil Action No. 1:13-cv-02687-LTS-RLE |

**DECLARATION OF COSMIN MAIER, ESQ. IN SUPPORT OF DEFENDANT GREENWOOD PUBLISHING GROUP, INC. D/B/A HEINEMANN'S OPENING BRIEF REGARDING THE PROPER CLAIM CONSTRUCTION OF DISPUTED TERMS IN HEINEMANN'S 6,299,452 PATENT**

I, Cosmin Maier, declare as follows:

1. I am a counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich St., New York, New York, 10007.  I am one of the attorneys responsible for the representation of Defendant Greenwood Publishing Group, Inc. d/b/a Heinemann ("Heinemann") in the above-captioned matter.

2. Attached to this declaration as *Exhibit 1* is a true and correct copy of excerpts from the file history of U.S. Patent No. 6,299,452.

3. Attached to this declaration as *Exhibit 2* is a true and correct copy of U.S. Patent No. 6,146,147.

4. Attached to this declaration as *Exhibit 3* is a true and correct copy of an excerpt from Computer & Internet Dictionary (3d ed. 1999).

5. Attached to this declaration as *Exhibit 4* is a true and correct copy of an excerpt from Merriam-Webster's Collegiate Dictionary (10th ed. 1996).

6. Attached to this declaration as *Exhibit 5* is a true and correct copy of an excerpt from Random House Webster's Unabridged Dictionary (2d ed. 1997).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2014.

/s/  Cosmin Maier_____
Cosmin Maier