UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMPLIFY EDUCATION, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>GREENWOOD PUBLISHING GROUP, INC. d/b/a HEINEMANN,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 1:13-cv-02687-LTS-RLE |

## DECLARATION OF CHERYLYN ESOY MIZZO IN SUPPORT OF AMPLIFY'S OPENING CLAIM CONSTRUCTION BRIEF

I, Cherylyn Mizzo, declare as follows:

1.    I am an attorney licensed to practice law in the State of New York, New Jersey, and the District of Columbia. I am a principal at the law firm of Fish & Richardson P.C., counsel for Amplify Education Inc. ("Amplify") in this case. I make these statements based on my own personal knowledge.

2.    This declaration is made in support of Amplify's Opening Claim Construction Brief.

3.    Attached as Exhibit A is a true and correct copy of U.S. Patent No. 7,114,126 (filed Jul. 18, 2002).

4.    Attached as Exhibit B is a true and correct copy of U.S. Patent No. 7,568,160 (filed Feb. 8, 2006).

5.    Attached as Exhibit C is a true and correct copy of Provisional Application No. 60/305887 (filed July 18, 2001).

6. Attached as Exhibit D is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 7,114,126.

7. Attached as Exhibit E is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 7,114,126.

                                              Respectfully Submitted,

Dated June, 19, 2014                      */s/ Cherylyn Esoy Mizzo*
                                                              Cherylyn Esoy Mizzo

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served June 19, 2014, via the Court's ECF system upon all counsel designated to receive such notices.

                                                */s/ Lina Tessitore*
                                                  Lina Tessitore