

Fish & Richardson P.C.
1425 K Street, N.W.
11th Floor
Washington, DC 20005

202 783 5070 main
202 783 2331 fax

**Cherylyn E. Mizzo**
Principal
Mizzo@fr.com
202 626 7748  direct

July 21, 2014

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Amplify Education, Inc. v. Greenwood Publishing Group, Inc. d/b/a Heinemann*
      Civil Action No. 1:13-cv-02687-LTS

Dear Judge Swain:

I write on behalf of Plaintiff-Counterclaim Defendant Amplify Education, Inc. and Defendant-Counterclaim Plaintiff Greenwood Publishing Group, Inc. d/b/a Heinemann to jointly request an additional extension of the deadlines under Local Patent Rule 12 (Claim Construction Briefing).  As Your Honor is aware, on July 10, the parties participated in a private mediation.  Since then, the parties have continued discussions and appear to be closer to reaching settlement.  The parties therefore respectfully request a 7-day extension to the deadlines for the filing of the responsive claim construction briefs and the reply briefs.  These extensions will not affect the date for the *Markman* hearing, currently scheduled for October 24, 2014, or any other deadlines in the case.

The new schedule would be as follows:

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Responsive Claim Construction Brief | July 28, 2014 | August 4, 2014 |
| Reply Claim Construction Brief | August 11, 2014 | August 18, 2014 |

If Your Honor finds the extension acceptable, the parties respectfully request that you so order this schedule and have it entered on the docket.



The Honorable Laura Taylor Swain
July 21, 2014

Sincerely,

*/s/ Cherylyn Esoy Mizzo*

Cherylyn Esoy Mizzo

Cc: Counsel of Record