

Fish & Richardson P.C.
1425 K Street, N.W.
11th Floor
Washington, DC 20005

202 783 5070 main
202 783 2331 fax

**Cherylyn E. Mizzo**
Principal
Mizzo@fr.com
202 626 7748  direct

July 28, 2014

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Amplify Education, Inc. v. Greenwood Publishing Group, Inc. d/b/a Heinemann*
     Civil Action No. 1:13-cv-02687-LTS

Dear Judge Swain:

I write on behalf of Plaintiff-Counterclaim Defendant Amplify Education, Inc. and Defendant-Counterclaim Plaintiff Greenwood Publishing Group, Inc. d/b/a Heinemann.

Please be advised that the parties have come to an agreement on this matter in principle. The parties are in the process of working towards the execution of the final confidential settlement agreement.  Therefore, the parties respectfully request that this Court stay discovery and any upcoming deadlines or hearings in this case until August 18, 2014—the date by which the parties have agreed to execute the final settlement agreement.  The parties will request a dismissal with prejudice by this Court at that time.

Thank you for your kind attention and consideration of this matter.

Respectfully submitted,

*/s/ Cherylyn Esoy Mizzo*

Cherylyn Esoy Mizzo

Cc: Counsel of Record